UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BELINDA POWELL,<br><br>*Plaintiff*,<br><br>v.<br><br>AMBER ABBITT, et al,<br><br>*Defendants*. | Civil Action No. 3:19-CV-02669-X-BT |

# **ORDER**

The Court considers the report of the United States Magistrate Judge in this action, which was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636.

In her complaint [Doc. No. 3] filed on November 6, 2019, the plaintiff Belinda Powell alleges that defendant City Credit Union violated, among other things, the Fair Debt and Collections Act in repossessing Powell's automobile. On January 21, 2020, the Magistrate Judge entered proposed findings of fact and recommendations [Doc. No. 10] that the Court should dismiss this case without prejudice because Powell has failed to pay the filing fee or file a motion to proceed *in forma pauperis*.

Having received the report of the United States Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, the Court hereby **DISMISSES** this case **WITHOUT PREJUDICE** for want of prosecution under Feder Rule of Civil Procedure 41(b).

**IT IS SO ORDERED** this 18th day of February, 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE